### DERAY DRIGGERS v. STATE OF FLORIDA

22 So. (2nd) 455                                    January Term, 1945
June 1, 1945                                                Division A

*W. P. Chavous,* for appellant.

*J. Tom Watson,* Attorney General, *Reeves Bowen,* Assistant Attorney General and *Bolling Stanley,* Special Assistant Attorney General, for appellee.

PER CURIAM:

Affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.

### GEORGE W. GREEN v. C. J. EARLY, as Trustee, et al.

22 So. (2nd) 466                                    January Term, 1945
June 1, 1945                                                Division A

*Carroll Dunscombe,* for appellant.

*Arthur R. Clonts* for Appellee Charles T. Kemble and *T. T. Oughterson* and *Dewey Crawford* for Rose Whitney, appellees.

PER CURIAM:

No error appearing in the record the decree appealed from is affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.